MEJ:law

# United States District Court
STATE AND DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** <br> Case Number: <br> 11-mj-298 JJK |
| V. | |
| TIMOTHY GLEN CASKEY | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about July 14, 2011, in St. Louis County, in the State and District of Minnesota, defendant(s)

did unlawfully seize, confine, kidnap, abduct, carry away and hold for ransom, reward and otherwise Roberta Lynn Caskey, in interstate and foreign commerce from Minnesota to Texas,

in violation of Title 18, United States Code, Section(s) 1201(a).

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes   ☐ No

_____
Signature of Complainant
Jason Hopfer
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence,

7/22/11                                               at   St. Paul, MN
Date                                                      City and State

The Honorable Jeffrey J. Keyes
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer                          Signature of Judicial Officer

SCANNED
JUL 2 2 2011
U.S. DISTRICT COURT ST. PAUL

STATE OF MINNESOTA )
) SS. AFFIDAVIT OF JASON HOPFER
COUNTY OF ST. LOUIS )

I, JASON HOPFER, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (hereinafter "FBI"), and have been so employed for approximately three years. I am a graduate of the FBI Academy in Quantico, Virginia. I am currently assigned to the FBI Safe Streets Task Force. My current responsibilities include investigating violent crimes, such as bank robbery and narcotics, firearms and gang-related offenses, and apprehending violent fugitives. Prior to my employment with the FBI, I was employed as a Las Vegas Metropolitan Police Department officer for approximately three years. I was also previously employed as a Special Agent with the U.S. Air Force, Office of Special Investigations, for two years.

2. This affidavit is submitted in support of a criminal complaint alleging that TIMOTHY GLEN CASKEY ("CASKEY") has violated Title 18, United States Code, Section 1201(a). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging CASKEY with kidnapping, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are

necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge, my participation in this investigation, and information provided to me by other law enforcement agents who have knowledge of the events and circumstances described herein, witnesses and other individuals.

4. On July 14, 2011, at approximately 9:34 a.m., ROBERTA LYNN CASKEY (hereinafter "ROBERTA") prepared a written statement for the Virginia, Minnesota Police Department. ROBERTA stated that she received a telephone call that morning at approximately 8:28 a.m. from an individual whose voice she recognized as CASKEY. ROBERTA stated that CASKEY had been released from the Northeast Regional Correctional Center earlier that morning. ROBERTA stated that she had obtained an Order for Protection against CASKEY and that she hung up the phone.

5. On July 14, 2011, at approximately 10:40 a.m., ROBERTA prepared a written statement for the Virginia Police Department. ROBERTA stated that she received a telephone call at approximately 10:30 a.m. from CASKEY. ROBERTA again hung up the phone.

6. On July 14, 2011, at approximately 11:20 a.m., ROBERTA prepared a written statement for the Virginia Police Department. ROBERTA stated that she received a

2

telephone call at approximately 11:11 a.m. from CASKEY. ROBERTA hung up the phone again.

7.    On July 14, 2011, at approximately 8:11 p.m., the Virginia Police Department responded to a 911 call regarding a disturbance in the area of the 300 block of 1st Avenue North in Virginia, Minnesota.

8.    According to WITNESS A, WITNESS A was walking in the 300 Block of 1st Avenue North in Virginia, Minnesota, with ROBERTA and WITNESS B. Also present were two infant children belonging to WITNESS A. CASKEY suddenly drove up next to them in a red pickup truck. CASKEY got out of the truck, rushed up to ROBERTA, grabbed her around the shoulders and dragged her into the truck through the driver side door. ROBERTA struggled to get free from CASKEY and shouted for him to let go of her. Roberta tried to throw her cellular telephone to WITNESS A but the phone landed on the ground. CASKEY struck WITNESS A on the back of the head when WITNESS A attempted to retrieve the phone. CASKEY then drove away in the vehicle with ROBERTA.

9.    According to WITNESS B, WITNESS B was walking the 300 Block of 1st Avenue North in Virginia, Minnesota, with ROBERTA and WITNESS A. CASKEY drove up to them in a red truck. CASKEY got out of the truck and grabbed ROBERTA. ROBERTA told CASKEY to stop but CASKEY did not listen. WITNESS B tried to stop

CASKEY by hitting CASKEY on the back. In response, CASKEY swung around and struck WITNESS B in the face. WITNESS B also observed CASKEY hit WITNESS A in the head. CASKEY then drove away in the vehicle with ROBERTA.

10. My investigation revealed that on July 14, 2011, there was an active Order for Protection prohibiting TIMOTHY GLEN CASKEY from having any communication or contact with ROBERTA LYNN CASKEY or her children.

11. A search of the Minnesota Department of Motor Vehicles revealed that a 1991 red GMC pickup truck, with Minnesota license plate NFX316, is registered to TIMOTHY GLEN CASKEY.

12. On July 16, 2011, at approximately 3:20 p.m., an unknown male ("UM") and an unknown female ("UF") entered KB Auto Sales, 211 South Business 35 in New Braunfels, Texas. The UM and UF arrived in a red 1991 pickup truck bearing Minnesota license plate NFX316. The UM told a sales person ("WITNESS C") that he wanted to test drive a white 1998 Chevrolet pickup truck. The UM provided WITNESS C with Minnesota Driver's License #E255060535012, in the name of TIMOTHY GLEN CASKEY. The UM and UF were allowed to test drive the vehicle by themselves and were told to return to the dealership by 5:00 p.m. that day.

13. At approximately 6:20 p.m., WITNESS C contacted the New Braunfels Police Department and reported that the UM and UF never returned the vehicle they test drove. The vehicle was reported stolen.

14. WITNESS C described the UM as a white male, 6'0" in height, weighing 180 pounds, and having light brown hair.

15. WITNESS C described the UF as a white female, 5'7" in height, weighing 120 pounds, and having light brown hair.

16. My investigation has revealed that TIMOTHY GLEN CASKEY is a white male, is 6'3" in height, weighs 185 pounds, and has brown hair.

17. My investigation has revealed that ROBERTA CASKEY is a white female, is 5'7" in height, weighs 135 pounds, and has brown hair.

18. My search of Minnesota Department of Motor Vehicle records revealed that Minnesota Driver's License #E255060535012 is registered to TIMOTHY GLEN CASKEY.

19. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that on or about July 14, 2011, TIMOTHY GLEN CASKEY did unlawfully seize, confine, kidnap, abduct, carry away and hold for ransom, reward and otherwise ROBERTA CASKEY in interstate commerce from Minnesota to Texas, in violation of Title 18, United States Code, Section 1201(a).

FURTHER YOUR AFFIANT SAYETH NOT.

_____
JASON HOPFER, Special Agent
Federal Bureau of Investigation

SUBSCRIBED and SWORN to before me this

22 day of July, 2011.

_____
THE HONORABLE JEFFREY J. KEYES
UNITED STATES MAGISTRATE JUDGE

6