UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT CR 11-301 JRT/LIB |
| Plaintiff, | (18 U.S.C. § 1201(a)) |
| | (18 U.S.C. § 2261(a)(2)) |
| v. | (18 U.S.C. § 2261(b)(3)) |
| | (18 U.S.C. § 2261(b)(4)) |
| TIMOTHY GLEN CASKEY, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Kidnapping)

On or about July 14, 2011, in the State and District of Minnesota, the defendant,

**TIMOTHY GLEN CASKEY,**

did unlawfully seize, confine, kidnap, abduct, carry away and hold for ransom, reward and otherwise R.L.C., in interstate and foreign commerce from Minnesota to Texas to Mexico, in violation of Title 18, United States Code, Section 1201(a).

### COUNT 2
(Interstate Domestic Violence)

On or about July 14, 2011, in the State and District of Minnesota, the defendant,

**TIMOTHY GLEN CASKEY,**

did cause R.L.C., an intimate partner, to travel across state lines, namely from Minnesota to Texas to Mexico, by force, coercion, duress, and fraud, and in the course and as a result of such conduct, committed a crime of violence against R.L.C., namely,

SCANNED
SEP 21 2011
U.S. DISTRICT COURT MPLS

FILED SEP 21 2011
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
CLERK'S INITIALS

United States v. Timothy Glen Caskey

assault, and thereby caused serious bodily injury to R.L.C.; all in violation of Title 18, United States Code, Sections 2261(a)(2), (b)(3) and (b)(4).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                FOREPERSON